■ In the Matter of YORIMAR K.-M. and Another, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL K., Appellant. (Appeal No. 1.) [764 NYS2d 893] —Appeal from an order of Family Court, Onondaga County (Klim, J.), entered March 29, 2002, which adjudged that Yorimar K.-M. is an abused child and Ada A. is a neglected child.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Lisa E.* [appeal No. 1], 207 AD2d 983 [1994]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.